## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DIRECTV INC,**

CASE NO: **2:03–CV–01069–LKK–KJM**

v.

**PAUL CLONTZ, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 2/9/05**

    **Jack L. Wagner**
    Clerk of the Court

ENTERED:   **February 9, 2005**

by: /s/ –  M. Krueger
Deputy Clerk